UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENEX COOPERATIVE, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>JORGE T. CONTRERAS, DANIEL R. SENN, ERASMO J. VERDUZCO, AND ROBERT H. VANDERWEERD, <br><br>    Defendants. | NO.  2:13-cv-03008-SAB <br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The parties jointly stipulate for dismissal of all claims and counterclaims with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii). ECF No. 164. The Court finds good cause exists to dismiss the above-captioned case with prejudice and without any attorneys' fees or costs to any party.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulation of Dismissal of all Claims and Counterclaims with Prejudice, ECF No. 164, is **GRANTED**.

2. All pending motions in the above-captioned matter, including ECF Nos. 136, 139, 140, 141, 142, are **STRICKEN** as **MOOT.**

3. The above-captioned case is **dismissed** with prejudice and without costs to any party.

//

//

**ORDER OF DISMISSAL WITH PREJUDICE**~ 1

1 **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2 file this Order, provide copies to counsel, and **close** the file.
3    **DATED** this 27th day of October, 2014.



_Stanley A. Bastian_
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE**~ 2